UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Esteban REYES-Garcia,<br><br>　　　　　　　　Defendant | Magistrate Docket No. '07 MJ 2417<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 8, 2007** within the Southern District of California, defendant, **Esteban REYES-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　James Trombley
　　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **OCTOBER 2007.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Leo S. Papas
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Esteban REYES-Garcia**

## PROBABLE CAUSE STATEMENT

On October 8, 2007, Border Patrol G. Hawkins was performing patrol duties in an area known as Spooner's Mesa. This area is approximately four miles west of the San Ysidro Port of Entry, and ¼ mile north of the United States/Mexico International Boundary.

At approximately 5:40 p.m. Agent Hawkins responded to a seismic intrusion device. Upon arriving in the area, Agent Hawkins encountered five persons attempting to hide. Agent Hawkins identified himself as a Border Patrol Agent and conducted an immigration inspection. One individual admitted to being a citizen and national of Honduras. All the other individuals, including one later identified as the defendant **Esteban REYES-Garcia,** admitted to being citizens and nationals of Mexico, and none were in possession of any immigration documents that would allow them to enter or remain in the United States legally. All of subjects, including the defendant were arrested and transported to Imperial Beach Border Patrol Station for processing.

Routine record checks revealed that the defendant has a criminal and immigration record. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 10, 2007** through the **San Ysidro, California Port of Entry**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and he agreed to answer questions without the presence of an attorney. The defendant freely admitted to being a citizen and national of Mexico illegally present in the United States without any immigration documents that would allow him to enter or remain in the United States legally.