AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMJ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ESTEBAN REYES-GARCIA | 07CR3020-IEG<br>CASE NUMBER: 07 MJ 2417 |

I, ESTEBAN REYES-GARCIA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/8/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Esteban Reyes G.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER