PROB 12C(d)
(03/06)

March 28, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 10 AM 11: 53
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Esteban REYES-Garcia (Spanish)   **Dkt No.:** 07-CR-3020-001-IEG

**Reg. No.:** 05234-298

**Name of Sentencing Judicial Officer:** The Honorable Irma E. Gonzalez, Chief U.S. District Judge

**Date of Sentence:** November 19, 2007

**Original Offense:** 8 U.S.C. § 1326(a), Deported Alien Found in the United States, a Class E felony

**Sentence:** 60 days custody; 1 year supervised release. *(Special Conditions: If deported not reenter the United States. Supervision waived upon deportation.)*

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** December 6, 2007

**Asst. U.S. Atty.:** Rebecca S. Kanter   **Defense Counsel:** Thomas S. Sims (Appointed)
(619) 543-0824

**Prior Violation History:** None.

---

### PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

PROB 12C(d)

Name of Offender: Esteban REYES-Garcia                                        March 28, 2008
Docket No.: 07-CR-3020-001-IEG                                                       Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION(S) | | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. *(nv1)* | 1. | On or about March 20, 2008, Mr. Reyes-Garcia, a previously deported alien, was found in the United States in violation of 8 U.S.C. § 1326, as evidenced by the complaint filed in the U.S. District Court, Southern District of California, Docket No. 08-MJ-0910-001-WMC. |
| **(Special Condition)**<br>If deported, or returned to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States. *(nv35)* | 2. | On or about March 20, 2008, Mr. Reyes-Garcia, a previously deported alien, was found in the United States, as evidenced by the complaint filed in the U.S. District Court, Southern District of California, Docket No. 08-MJ-0910-001-WMC. |

***Grounds for Revocation***: As to allegations 1 and 2, I received and reviewed the complaint (with probable cause statement), which confirmed the following: On the above date, a U.S. Border Patrol agent was patrolling an area approximately twelve miles east of the Otay Mesa, California, Port of Entry, and approximately two and a half miles north the United States/Mexico International boundary. The agent observed seven individuals hiding in the brush, one later being identified as Mr. Reyes-Garcia. All individuals, including Mr. Reyes-Garcia, stated they were citizens of Mexico, and did not possess any documents allowing them to enter or remain in the United States legally.

Records revealed that Mr. Reyes-Garcia was last deported from the United States on December 6, 2007.

On March 24, 2008, a complaint was filed in the U.S. District Court, Southern District of California, Docket No. 08-MJ-0910-001-WMC, charging Mr. Reyes-Garcia with a violation of 8 U.S.C. § 1326, Deported Alien Found in the United States. A Preliminary Hearing is scheduled for April 8, 2008, before U.S. Magistrate Judge William McCurine, Jr.

PROB 12C(d)

| | |
|---|---|
| Name of Offender: Esteban REYES-Garcia | March 28, 2008 |
| Docket No.: 07-CR-3020-001-IEG | Page 3 |

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked and the offender be sentenced to 10 months custody, consecutive to any sentence he may be serving, pursuant to USSG §7B1.3(f), p.s. (An Expanded Violation Worksheet, 12CW(d), has been attached for the Court's review.)

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: March 28, 2008**

Respectfully submitted:

Cynthia M. Poblete
Supervising U.S. Probation Officer

Attachments

/pjk

PROB 12C(d)

Name of Offender: Esteban REYES-Garcia                          March 28, 2008
Docket No.: 07-CR-3020-001-IEG                                        Page 4

**THE COURT ORDERS:**

__X__   A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(Currently detained at Metropolitan Correctional Center, San Diego, California, under Registration No. 05234-298)

_____   Other _____

_____        _____
The Honorable Irma E. Gonzalez                          4/7/08
Chief U.S. District Judge                                 Date

# EXPANDED VIOLATION WORKSHEET

1. **Defendant:** REYES-Garcia, Esteban

2. **Docket No.** (Year-Sequence-Defendant No.): 07-CR-3020-001-IEG

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

    | Violation(s) | Grade |
    |---|---|
    | Deported Alien Found in the United States | B |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))  [B]

5. **Criminal History Category** (*See* USSG § 7B1.4(a))  [I]

6. **Statutory Maximum Term** (*Custody*) (*See* 18 U.S.C. § 3583(e)(3))
   Upon finding of a violation, the court may modify the conditions of supervision; extend the term if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. If the court revokes supervised release, the maximum term of imprisonment upon revocation is:  [12 months]

7. **Range of Imprisonment** (*Custody*) (*See* USSG § 7B1.4(a))
   A Grade B violation with a Criminal History Category I establishes an imprisonment range of:  [4-10 months]

8. **Statutory Maximum Term** (*Supervised Release*) (*See* 18 U.S.C. § 3583(b))
   If supervised release is revoked and the offender is required to serve a term of imprisonment, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment imposed upon revocation. In this case, the court has the authority to reimpose a term of:  [12 months]

9. **Recommendation:**  [10 months custody, consecutive to any other sentence being served. *See* USSG § 7B1.3(f)- w/ no supervised release to follow]

_____         March 28, 2008
                                         Date