FID no. 1477643

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
V.
Esteban Reyes-Garcia

**WARRANT FOR ARREST**

FILED
08 APR 18 PM 4:22
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: 07cr3020-IEG

DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Esteban Reyes-Garcia___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                ☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 4/11/08
ARRESTED AND ARRAIGNED 4/14/08
In Court
Steve C. Stafford, Acting
U.S. MARSHAL, S/CA
BY: Edna Rojas

RECEIVED 2008 APR 04 GRP 03 P53 15
U.S. MARSHAL SOUTHERN DISTRICT OF CA

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

J. Haslam  /s/ J. Haslam                      April 10, 2008    San Diego, CA
Signature of Deputy                           Date and Location

Bail fixed at $ ___NO BAIL SET___   by   ___The Honorable Irma E. Gonzalez___
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |